DAVID R. EVANS
State Bar Number 89119
Suite 230
202 South Lake Avenue
Pasadena, California 91101
(626) 432-5100

MARIA E. STRATTON (No. 090986)
Federal Public Defender
KATHRYN A. YOUNG
State Bar Number 094566
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012

Attorney for Petitioner
ERIC KIMBLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC KIMBLE, | NO. CV 90-4826-SVW |
| Plaintiff, | **DEATH PENALTY CASE** |
| v. | [Proposed] Orders, In the Alternative |
| JEANNE WOODFORD, Warden of California State Prison at San Quentin et al., | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Petitioner shall be permitted to file his motion to strike the testimony of Dr. John Dunn.

DATED: January 12, 2005

By _____
HONORABLE STEPHEN V. WILSON
United States District Judge

1

**OR**

~~GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Petitioner's application for reconsideration shall be deemed his motion to strike the testimony of Dr. John Dunn, and that testimony shall be stricken.~~

DATED: January __, 2005    By ~~HONORABLE STEPHEN V. WILSON~~
~~United States District Judge~~

Presented by:

_____
DAVID R. EVANS
Attorney for Petitioner
ERIC KIMBLE

2

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Law Offices David R. Evans, 23 East Colorado Boulevard, Suite 202, Pasadena, CA 91105.

    On January 6, 2005, I served the foregoing document described as **[PROPOSED] ORDERS, IN THE ALTERNATIVE** in the action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    Robert F. Katz, Esq.
    Mary Sanchez, Esq.
    Supervising Deputy Attorney General
    300 South Spring Street
    Los Angeles, CA 90013

  __x__ BY MAIL - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

  __X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on January 6, 2005, at Los Angeles, California.

  __x__ BY FACSIMILE to facsimile no.: (213) 897-2806

    Executed on January 6, 2005, at Los Angeles, California.

  ____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  __X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Suzanne Sanchez
Type or Print Name                      Signature

3

# NOTICE PARTY SERVICE LIST

Case No. CV90-4826-SVW    Case Title Kimble v. Woodford

Title of Document Order

|   | |   | |
|---|---|---|---|
|   | Atty Sttlmnt Officer |   | US Attorneys Office - Civil Division -L.A. |
|   | BAP (Bankruptcy Appellate Panel) |   | US Attorneys Office - Civil Division - S.A. |
|   | Beck, Michael J (Clerk, MDL Panel) |   | US Attorneys Office - Criminal Division -L.A. |
|   | BOP (Bureau of Prisons) |   | US Attorneys Office - Criminal Division -S.A. |
|   | CA St Pub Defender (Calif. State PD) |   | US Bankruptcy Court |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |   | US Marshal Service - Los Angeles (USMLA) |
|   |   |   | US Marshal Service - Riverside (USMED) |
|   | Case Asgmt Admin (Case Assignment Administrator) |   | US Marshal Service -Santa Ana (USMSA) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |   | US Probation Office (USPO) |
|   | Chief Deputy Admin |   | US Trustee's Office |
|   | Chief Deputy Ops |   | Warden, San Quentin State Prison, CA |
|   | Clerk of Court | | |
| ✗ | Death Penalty H/C (Law Clerks) | | |
|   | Dep In Chg E Div | | |
|   | Dep In Chg So Div | | |
|   | Fiscal Section | | |
|   | Intake Supervisor | | |
|   | Interpreter Section | | |
|   | PIA Clerk - Los Angeles (PIALA) | | |
|   | PIA Clerk - Riverside (PIAED) | | |
|   | PIA Clerk - Santa Ana (PIASA) | | |
|   | PSA - Los Angeles (PSALA) | | |
|   | PSA - Riverside (PSAED) | | |
|   | PSA - Santa Ana (PSASA) | | |
|   | Schnack, Randall (CJA Supervising Attorney) | | |
|   | Statistics Clerk | | |
|   | Stratton, Maria - Federal Public Defender | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address *(include suite or floor)*:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk