UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority         
Send      ✓
Enter     
Closed    
JS-5/JS-6 
JS-2/JS-3 
Scan Only 

Case No.   CV90-4826-SVW                              Date: February 14, 2005

Title: Eric Kimble vs. Jeanne Woodford

---

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Mark Schweitzer | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:

David R. Evans

ATTORNEYS PRESENT FOR DEFENDANTS:

Robert F. Katz, DAG
Mary Sanchez, DAG

PROCEEDINGS:   PETITIONER'S MOTION TO STRIKE TESTIMONY OF RESPONDENT'S EXPERT DR. JOHN DUNN (fld 01/24/05)

The Court denies petitioner's motion, but grants leave to conduct a limited further deposition of Dr. Dunn.

Initials of Deputy Clerk  ___ : /𝟪

CV-90 (10/98)                       CIVIL MINUTES - GENERAL