1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

ERIC KIMBLE,                              )        CASE NO. CV 90-4826 SVW
                                          )
          Petitioner,                     )        **DEATH PENALTY CASE**
                                          )
               v.                         )
                                          )
RON DAVIS, Warden of California           )        JUDGMENT
State Prison at San Quentin,              )
                                          )
          Respondent.                     )        JS - 6
                                          )
_____)

18   **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus be

19   **CONDITIONALLY GRANTED IN PART**, as follows:

20   The petition for writ of habeas corpus as to the rape murder special

21   circumstance finding and sentence of death in the case of *People v. Eric Dwayne*

22   *Kimble*, Case No. A345207 of the California Superior Court for the County of Los

23   Angeles, is hereby **GRANTED.** The judgment of conviction on the rape murder

24   special circumstance, and the sentence of death, shall be **VACATED.**

25   In all other respects, the petition for writ of habeas corpus is **DENIED.**

26   **IT IS FURTHER ORDERED** that the State of California shall, within 120

27   days from the entry of this Judgment, either grant petitioner a new trial on the rape

28   murder special circumstance, or vacate the rape murder special circumstance

finding and death sentence and resentence petitioner in accordance with California law and the United States Constitution.

**IT IS SO ORDERED.**

Dated: June 19, 2017

_____
STEPHEN V. WILSON
United States District Judge