FILED

OCT 12 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ERIC KIMBLE, <br><br>       Petitioner-Appellee, <br>v. <br><br>RON DAVIS, Warden, <br><br>       Respondent-Appellant. | No. 17-99002 <br><br> D.C. No. 2:90-cv-04826-SVW <br> Central District of California, <br> Los Angeles <br><br> ORDER |
|---|---|
| ERIC KIMBLE, <br><br>       Petitioner-Appellant, <br>v. <br><br>RON DAVIS, Warden, <br><br>       Respondent-Appellee. | No. 17-99003 <br><br> D.C. No. 2:90-cv-04826-SVW <br> Central District of California, <br> Los Angeles |

Before: WARDLAW and WATFORD, Circuit Judges.

     Respondent on October 11, 2017 filed an emergency motion for stay pending mediation or appeal.  Respondent's declaration indicates that Petitioner's lead counsel is unopposed to the motion.  *See* Docket Entry No. 19 at 3, ¶ 4.  The unopposed motion (Docket Entry No. 16) is granted as follows.  The district court's June 20, 2017 judgment is stayed pending further order by this Court.